AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для
District of Columbia

| | |
|---|---|
| United States of America <br> v. <br> Nathalie Rose Jones <br> DOB: XX/XX/XXXX <br> PDID: N/A <br> *Defendant(s)* | Case: 1:25-mj-00148 <br> Assigned To: Judge Upadhyaya, Moxila A. <br> Assign. Date: 8/18/2025 <br> Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  08/02/2025 - 08/16/2025  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871(a) <br> 18 U.S.C. § 875(c) | did knowingly and willfully threaten to take the life of, kidnap, or inflict bodily harm upon the President of the United States, and did transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Richard Whitted*

*Complainant's signature*

SA, Richard O. Whitted, JR, U.S. Secret Service

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 17, 2025.

Date:  08/18/2025

*Judge's signature*

City and state:  Washington, D.C.    Moxila A. Upadhyaya, Magistrate Judge

*Printed name and title*