**STATEMENT OF FACTS**

From on or about August 2, 2025, until on or about August 9, 2025, members of the United States Secret Service observed that Instagram user account "nath.jones" posted threatening comments about the President of the United States. This included publicly accessible Instagram posts that, among other things: (i) called for the President's removal; (ii) labeled the President as a terrorist; (iii) referred to the President's administration as a dictatorship; and (iv) stated that the President caused extreme and unnecessary loss of life in relation to the coronavirus.

From on or about August 6, 2025, until on or about August 15, 2025, law enforcement observed that Facebook user account "Nath Jones" also posted threatening comments about the President of the United States. This included publicly accessible Facebook posts that, among other things, called for the President's administration to be removed and requested the President be arrested as a "terrorist." Your affiant has included three specific Facebook posts from this account below:



*Figure 1: August 6, 2025, Facebook Post from "Nath Jones"*



*Figure 2: August 13, 2025, Facebook Post from "Nath Jones"*



*Figure 3: August 14, 2025, Facebook Post from "Nath Jones"*

On or about August 15, 2025, members of the United States Secret Service conducted a voluntary interview with Nathalie Rose JONES (DOB: xx/xx/xxxx). During the interview, JONES stated that: (i) the President was a "terrorist" and "nazi"; (ii) if she had the opportunity, she would take the President's life and would kill him at "the compound" if she had to; (iii) she had access to

a "bladed object," which she explained was the weapon she would use to "carry out her mission of killing" the President; and (iv) she wanted to "avenge" all the lives lost during the COVID-19 pandemic, which she attributed to the President's administration and its position on vaccinations.

During the August 15, 2025, interview, JONES also stated that she hoped to get in touch with the 3rd United States Infantry Regiment, so that the unit would arrest the President and peacefully remove him from him position as President. JONES advised law enforcement that she intended on traveling to Washington, DC, for an event at the Carter Presidential Library and Museum along with an unspecified demonstration in the city the next day.

On or about August 16, 2025, members of the United States Secret Service observed JONES in the Washington, DC, area. On that same date, law enforcement conducted a second voluntary interview with JONES in the same location. During this interview, JONES admitted that she made threats towards the President during her August 15, 2025, interview. However, JONES denied having any present desire to harm the President of the United States.

On or about August 16, 2025, law enforcement arrested JONES for violations of Title 18 United States Code, Sections 871(a) (Threats against President and successors to the Presidency) and 875 (Threatening Interstate Communications). Upon being apprehended, JONES agreed to speak with the arresting agents. During the interview, JONES confirmed that she was the owner of the Facebook user account "Nath Jones" and that she posted the threatening statements towards the President of the United States that are depicted above.

Respectfully Submitted,

*Richard Whitted*

Richard O. Whitted, JR.
Special Agent
U.S. Secret Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 18, 2025.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE