# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 12:29 pm, Aug 19, 2025

United States of America
v.
NATHALIE ROSE JONES
DOB: 08/28/1975
PDID: N/A

*Defendant*

Case: 1:25-mj-00148
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 8/18/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   NATHALIE ROSE JONES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 871(a) (Threats Against President and Successors to the Presidency)
18 U.S.C. § 875(c) (Interstate Communications with a Threat to Kidnap or Injure)

Date:   08/18/2025

*Issuing officer's signature*

City and state:   WASHINGTON, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/19/2025, and the person was arrested on *(date)* 08/19/2025
at *(city and state)* Washington D.C.

Date: 08/19/2025

*Arresting officer's signature*

Kenneth Keh  DUSM
*Printed name and title*