### UNITED STATES DISTRICT COURT
### FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 25-mj-148 |
| : | |
| **NATHALIE ROSE JONES,** : | |
| : | |
| **Defendant.** : | |

### REFERRAL AND ORDER

At the detention hearing of Defendant Nathalie Rose Jones ("Defendant") held on August 21, 2025, before the undersigned Magistrate Judge, the Court raised questions regarding Defendant's competency. Counsel for Defendant objected to the Court's suggestion for a forensic screening. Pursuant to 18 U.S.C. § 4241, for the reasons stated on the record, it is hereby:

**ORDERED** that Defendant be examined by Dr. Grant, a psychologist for the District of Columbia Department of Behavioral Health, Pretrial and Assessment Branch ("DBH") for the purpose of an initial forensic screening for a preliminary assessment of Defendant's competency, and that after such examination a report be made to this Court as to:

(1)     Whether Defendant is presently mentally competent to understand the proceedings against her and to properly assist in the preparation of her defense; and

(2)     If the answer to the preceding question is in the negative, does the examiner believe Defendant should be transferred to a mental or behavioral health facility for further examination and treatment?

The Court respectfully requests, but does not order, that the report generated as a result

of this screening be completed within 48 hours of Defendant's evaluation by Dr. Grant, subject to the availability of staff resources to honor this request.

It is **FURTHER ORDERED** that Defendant be transported to the designated location for purposes of a competency evaluation at the date and time established by Dr. Grant.

It is **FURTHER ORDERED** that the Assistant United States Attorney assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of the DBH for the forensic screening and report. The assigned Assistant United States Attorney shall coordinate payment through the appropriate personnel in the United States Attorney's Office for the District of Columbia.

**IT IS SO ORDERED.**

Date: August 25, 2025

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE