UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

    v.      :      25-MJ-148 (MAU/JEB)

NATHALIE ROSE JONES      :

## ORDER

Upon consideration of the defendant's appeal of the detention order in this matter, it is hereby

ORDERED that Nathalie Rose Jones is released on the conditions discussed on the record today and set forth in the Order Setting Conditions of Release submitted by the Pretrial Services Agency and signed by the Court; and it is further

ORDERED that Ms. Jones shall be released no later than 8 a.m. on August 27, 2025 to the custody of the defense investigator, Tyrees Smith; and it is further

ORDERED that Ms. Jones shall go with Mr. Smith directly to the Pretrial Services Agency for placement of a GPS monitor; and it is further

ORDERED that following the placement of the GPS monitor, Ms. Jones may go with Mr. Smith to pick up her property from the Second District police station and then to the parking garage to retrieve her car; and it is further

ORDERED that Ms. Jones shall then drive directly to New York City, taking only reasonable rests along the way and arriving in New York City to meet with her psychiatrist prior to 5 p.m. on August 27, 2025, and then shall follow the remainder of the conditions of release as set forth in the Order Setting Conditions of Release.

_____
THE HONORABLE CHIEF JUDGE JAMES E. BOASBERG