UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-MJ-148 (MAU) |
| **NATHALIE ROSE JONES** | : | |

**UNOPPOSED MOTION TO APPEAR AT HEARINGS BY ZOOM**

Ms. Nathalie Rose Jones, through undersigned counsel, respectfully moves this Honorable Court for leave to appear at the September 2, 2025 status and preliminary hearings in this matter via Zoom. In support of this motion, counsel submits the following.

1. Ms. Jones is charged by complaint with making threats against the President of the United States, in violation of 18 U.S.C. § 871(a), and transmitting threats in interstate or foreign commerce, in violation of 18 U.S.C. § 875(c)

2. At a hearing on August 25, 2025, the Honorable Chief Judge James E. Boasberg ordered Ms. Jones as of August 26, 2025, to return to her home in New York to be monitored by the pretrial services agency in that district on home detention with GPS monitoring. Ms. Jones also was ordered to stay away from the District of Columbia with the exception of necessary court appearances.

3. This Court has scheduled a status hearing and the preliminary hearing for September 2, 2025.

4. Because Ms. Jones is indigent, traveling to D.C. for the status and preliminary hearings would create a hardship. Because she cannot afford the cost of traveling to D.C. for the status and preliminary hearings, she respectfully requests that the Court permit her to appear by Zoom while her counsel appears in person on her behalf.

7. Undersigned counsel contacted government counsel, who represented that the government has no opposition to this request.

WHEREFORE, for the forgoing reasons, Ms. Jones respectfully moves this Honorable Court for leave to appear at the September 2, 2025 hearings by Zoom.

Respectfully submitted,
A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ext. 5109