UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 25-mj-148 (MJS) |
| NATHALIE ROSE JONES | : | |

## MOTON FOR TIME TO REPLY TO SUPPLEMENTAL BRIEF

The government has moved to dismiss the complaint in this matter without prejudice. ECF 20. Nathalie Rose Jones, through undersigned counsel, opposes dismissal without prejudice and asks the Court to dismiss with prejudice. ECF 21. The government filed a supplemental motion on September 5, 2025. ECF 22. Undersigned counsel respectfully seeks an opportunity to file a response to that pleading on September 10, 2025. Ms. Jones respectfully requests that the Court dismiss the complaint and relieve her of the conditions of release, while holding in abeyance the decision of whether to dismiss with or without prejudice to give counsel time to respond. The government has no opposition to this request.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500