UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NATHALIE ROSE JONES,<br><br>Defendant. | Magistrate Judge No. 25-148 |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's [23] Motion to Dismiss is GRANTED; and

2. The case is DISMISSED WITH PREJUDICE.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: November 4, 2025